No. 22. FLORIDA EX REL. HARDWARE MUTUAL CASUALTY CO. ET AL. *v.* KNOTT, STATE TREASURER & INSURANCE COMMISSIONER. October 9, 1939. *Per Curiam:* It appearing that the cause has become moot, the motion to vacate and remand is granted and the judgment of the Supreme Court of Florida is vacated and the cause is remanded for such further proceedings as by that court may be deemed appropriate. *Mr. Dean Acheson* for appellants. No appearance for appellee.

No. —, original. EX PARTE RICHARD J. THOMAS;
No. —, original. EX PARTE JOHN S. FARNSWORTH;
No. —, original. EX PARTE J. R. PALMER;
No. —, original. EX PARTE CLYDE H. WALKER ET AL.; and
No. —, original. EX PARTE E. R. LINDSEY. October 9, 1939. The motions for leave to file petitions for writs of habeas corpus denied.

No. —. EX PARTE JOHN F. STRUTHERS; and
No. —. EX PARTE GEORGE GOSSMAN ET AL. October 9, 1939. Application denied.